**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

TERRON PARKS,

    Plaintiff,

- vs -

OHIO DEPARTMENT OF
REHABILITATION AND
CORRECTIONS, et al.,

    Defendants.

Case No. 2:20-cv-3229

District Judge Michael H. Watson
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 17), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, the Complaint is dismissed without prejudice.   Plaintiff is **DENIED** any requested certificate of appealability, and the Court hereby **CERTIFIES** to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

                                      */s/ Michael H. Watson*
                                      **MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**